## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

# <u>MEMORANDUM</u>

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Man & Machine, Inc. v. Seal Shield, LLC, et al.*  
Civil Case No. PJM 14-1829

DATE: September 28, 2016

****

On July 22, 2016, Man & Machine, Inc. (MMI) filed under seal a Motion to Disqualify Counsel Andrew McCarthy (ECF No. 173). On July 24, 2016, MMI filed a Motion for Leave to limit the sealing of the Motion to Disqualify to only the confidential portions of the Motion and exhibits (ECF No. 174).

The Motion for Leave is GRANTED and will be implemented as follows.

The original Motion to Disqualify and its exhibits (ECF No. 173) will remain under seal. But MMI will refile that Motion and its exhibits with the necessary redactions, and the newly filed, redacted version will not be under seal.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File